LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY KIRBY, | Case No. C 06 1387 MJJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |
| vs. | **HON. MARTIN J. JENKINS** |
| ELI LILLY AND COMPANY | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 18, 2006        **LEVIN SIMES KAISER & GORNICK LLP**

                             Emily Charley
                             Attorneys for Plaintiff

5/16/2006

GRANTED
Judge Martin J. Jenkins

VOLUNTARY DISMISSAL                                    PAGE 1